UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Laboratory Corporation of
America, Inc.,

                    Plaintiff(s),

v.                                              Case No. 1:26−cv−11208−BRM−PTM
                                                Hon. Brandy R. McMillion
Michigan Health Clinics, PC, et
al.,

                    Defendant(s),
_____

**NOTICE OF REMAND**

TO:  SAGINAW COUNTY CIRCUIT COURT


    Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

    Please acknowledge receipt of these documents by returning a time−stamped copy of this
Notice to:

                    Clerk's Office
                    U.S. District Court for the Eastern District of Michigan
                    231 W. Lafayette Boulevard, 5th Floor
                    Detroit, Michigan  48226
                    (313) 234−5005


**Certificate of Service**

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties
and/or counsel of record herein by electronic means or first class U.S. mail.

                            KINIKIA D. ESSIX, CLERK OF COURT


                            By: s/Carolyn M Ciesla
                                Deputy Clerk


Dated:   April 29, 2026